No. 11–10666. FULBRIGHT v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10667. HENDERSON v. BAUMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10668. HALL v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–10669. GARDNER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–10670. GATO v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10671. GARCIA v. EVANS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10672. CULGAN ET AL. v. MILLER ET AL. Ct. App. Ohio, Medina County. Certiorari denied.

No. 11–10673. FOLKES v. LEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 11–10674. HIDROGO v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 11–10675. HOLMES v. DREYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10676. HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10677. FORTE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10678. HUBER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10679. HAGER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–10680. HUMPHREY v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.